UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DANNEWITZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HUMBOLDT COUNTY, et al.,<br><br>        Defendants. | Case No. 17-cv-07135-VC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Mr. Dannewitz was ordered to file a renewed motion for leave to proceed in forma pauperis or to pay the filing fee in this case by July 25, 2018. To date he has done neither. This case is therefore dismissed under Federal Rule of Civil Procedure 41(b) without prejudice for failure to prosecute. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962).

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
VINCE CHHABRIA
United States District Judge